MINNIE E. SMITH *vs.* BARNEY FERGUSON & another.

Suffolk.    March 2, 1897. — May 19, 1897.

Present: FIELD, C. J., ALLEN, HOLMES, LATHROP, & BARKER, JJ.

*Motion to Dismiss for Want of Proper Service of Writ.*

By Pub. Sts. c. 153, § 8, no exception lies to a judgment of the Superior Court overruling a motion to dismiss an action for want of proper service of the writ.

CONTRACT, upon a promissory note against Barney Ferguson and Barney Fagan. In the Superior Court the defendant Ferguson filed a motion to dismiss the action, on the ground "that there has been no sufficient service of said writ on either of said defendants, as appears by the officer's return on said writ." The

motion was overruled, the defendant Ferguson appealed, and thereafter the court found for the plaintiff.

*J. A. McGeough*, for the defendant Ferguson.

*J. H. Blanchard*, for the plaintiff.

FIELD, C. J. The decision of the justice of the Superior Court overruling the motion to dismiss the action for the alleged reason that there had been no sufficient service of the writ was final. Pub. Sts. c. 153, § 8. *Kennedy* v. *Langdon*, 123 Mass. 193.

*Appeal dismissed.*